UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

USA

vs.

SAWYER, ET. AL.

CASE NO. **2:97-cr-202 LKK PAN**

### ORDER OF REASSIGNMENT

The Court, having considered the recent appointment of **United States Magistrate Judge Edmund F. Brennan**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **reassigned** from **Magistrate Judge Peter A. Nowinski**, to **Magistrate Judge Edmund F. Brennan** for all further proceedings. The new case number for this action, which must be used on all future documents filed with the court is:

**2:97-cr–202 LKK EFB**

All dates currently set in this reassigned actions shall remain pending subject to further order of the court.

Dated: **August 25, 2006**

**DAVID F. LEVI**, CHIEF
U.S. DISTRICT COURT JUDGE