UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:97-cr-00202-TLN |
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTOPHER PARKER, | |
| Defendant. | |

On January 19, 2016, Defendant Chris Parker ("Defendant"), a federal prisoner proceeding pro se, filed a motion with this Court seeking to vacate counts 5, 7, and 9 of his conviction. (ECF No. 442.) At the time of entry of this Order, the United States Government has not filed an opposition. For the following reasons, Defendant's request is hereby DENIED.

Defendant maintains that, under the *Holloway* Doctrine, this Court has the discretion to reduce a defendant's sentence and should do so in the instant case. (ECF No. 442 at 2.) Defendant argues that during the past 19 years, he has been fully rehabilitated.[1] (ECF No. 442 at 2.) Defendant further argues that his sentence should be reduced because it was disproportionally severe. (ECF No. 442 at 4–6.) However, ultimately, Defendant points to no legal basis for the

---

[1] Defendant cites to multiple sources in support of his claim that he has been rehabilitated. For example, he notes that he has earned his GED, acquired units toward his college degree, completed vocational training, participated in community outreach, and has received numerous faith-based certificates. (ECF No. 442 at 2.)

1

dismissal of counts 5, 7, and 9, or for any reduction in the duration of his criminal sentence. Instead, Defendant's motion under the *Holloway* Doctrine relies on the discretion of the Court and, more precisely, the discretion of the United States Attorney for a reduction in his sentence. The Court declines to apply its judicial discretion in this instance. *United States v. Holloway*, 68 F. Supp. 3d 310, 316 (E.D.N.Y. 2014) (reducing defendant's sentence only after the United States Attorney exercised discretion to agree to an order vacating charges). For these reasons, Defendant's motion to vacate counts 5, 7, and 9 of his conviction is hereby DENIED.

Dated: March 4, 2016

Troy L. Nunley
United States District Judge