PHILLIP A. TALBERT
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>CHRISTOPHER PARKER,<br><br>Movant. | CASE 2:97-CR-00202-TLN-EFB<br><br>[~~PROPOSED~~]<br>ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION<br>TO RE-SET BRIEFING SCHEDULE<br><br>DATE: N/A<br>TIME: N/A<br>COURT: Hon. Edmund F. Brennan |

Good cause appearing, the Court hereby **GRANTS** the government's unopposed motion to re-set the briefing schedule in this case. It is therefore **ORDERED** that the government shall file its Opposition no later than June 1, 2017, and that any optional Reply shall be filed no later than July 1, 2017.

**SO ORDERED** on May 3rd, 2017.

_____
Hon. Edmund F. Brennan
United States Magistrate Judge