UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:97-cr-00202-TLN-EFB |
| Respondent, | |
| v. | **ORDER** |
| CHRISTOPHER PARKER, | |
| Movant. | |

Christopher Parker has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. However, the Court concludes that reasonable jurists could find Movant's claims debatable and that the questions presented are adequate to proceed. *United States v. Newton*,

1

1:94-cr-05036-LJO, (ECF No. 114 at 11) (citing *Lambright v. Stewart*, 220 F.3d 1022, 1025 (9th Cir. 2000) (a movant "must demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further."); *Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002) (the standard for granting a certificate of appealability is "relatively low")). Accordingly, the Court GRANTS Movant a certificate of appealability.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 29, 2018, are **ADOPTED**; and
2. Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 448) is **DENIED**.
3. The Court **GRANTS** to Movant a certificate of appealability for this motion.

IT IS SO ORDERED.

Dated: October 3, 2018

Troy L. Nunley
United States District Judge